IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIOLET L. STROUD                                      PLAINTIFF

VS.                    NO. 1:07CV0049 JLH

MERCK & CO., INC.,                                   DEFENDANTS
and PFIZER, INC.

## CORPORATE DISCLOSURE STATEMENT OF MERCK & CO., INC.

Comes now Merck & Co., Inc. ("Merck") and pursuant to Fed. R. Civ. P. 7.1, states the following:

1. Merck has no parent corporation and is unaware of any individual or entity that owns 10% or more of its common stock

Respectfully submitted,

FRIDAY, ELDREDGE & CLARK, LLP
JAMES M. SIMPSON, #77125
MARTIN A. KASTEN, 99100
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
501-376-2011 - Telephone
501-376-2147 – Facsimile
SIMPSON@fec.net - Email
MKasten@fec.net - Email


By: /s/James M. Simpson
    JAMES M. SIMPSON

## CERTIFICATE OF SERVICE

I, James M. Simpson, hereby certify that on this 30th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing, and/or by First Class U.S. Mail, to the following:

Walter Umphrey
PROVOST UMPHREY LAW FIRM, LLP
490 Park Street
Beaumont, Texas 77701

Mikal Watts
THE WATTS LAW FIRM, LLP
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478

John Eddie Williams, Jr.
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Thomas J. Gayle
Drew Ranier
RANIER, GAYLE & ELLIOTT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601

Grant Kaiser
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001

By: /s/James M. Simpson
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
501-376-2011 - Telephone
501-376-2147 – Facsimile
SIMPSON@fec.net

```
MIME-Version:1.0
From:ecf_support@ared.uscourts.gov
To:ared_ecf@localhost.localdomain
Bcc:deadmail@ared.uscourts.gov, jlhchambers@ared.uscourts.gov, simpson@fec.net
Message-Id:<1028705@ared.uscourts.gov>
Subject:Activity in Case 1:07-cv-00049-JLH Stroud v. Merck & Company Inc et al
Corporate Disclosure Statement (Rule 7.1)
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Eastern District of Arkansas

### Notice of Electronic Filing

The following transaction was entered by Simpson, James on 10/30/2007 at 3:13 PM CDT and filed on 10/30/2007

**Case Name:** Stroud v. Merck & Company Inc et al
**Case Number:** 1:07-cv-49
**Filer:** Merck & Company Inc
**Document Number:** 4

**Docket Text:**
Corporate Disclosure Statement (Rule 7.1) by Merck & Company Inc (Simpson, James)

**1:07-cv-49 Notice has been electronically mailed to:**

James M. Simpson , Jr    simpson@fec.net

**1:07-cv-49 Notice has been delivered by other means to:**

Thomas J. Gayle
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601

Grant Kaiser
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Drew Ranier
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601

Walter Umphrey
Provost Umphrey Law Firm, L.L.P. - Beaumont
Post Office Box 4905
Beaumont, TX 77704-4905

Mikal Watts
The Watts Law Firm, L.L.P.
Tower II
555 North Carancahua
Suite 1400
Corpus Christi, TX 78478

John Eddie Williams , Jr
Williams Kherkher Hart Boundas, L.L.P.
8441 Gulf Freeway
Suite 600
Houston, TX 77017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=10/30/2007] [FileNumber=1028703-0] [0d2708301f4eebcba792cdb82069a8332cc7d97aad7c454fbed765741c97fa014c 2fc482f42c396a8cf9ce5a48cef3fe9190c20267f7787958b2163ee58cf8bb]]