A CERTIFIED TRUE COPY
NOV 1 4 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 29 2007
FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 19 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1657

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION                      MDL No. 1699
    Violet L. Stroud v. Merck & Co., Inc., et al.,
        E.D. Arkansas, C.A. No. 1:07-49    1:07-cv-00049

### MDL No. 1657 CONDITIONAL TRANSFER ORDER (CTO-121)
### WITH SEPARATION, REMAND AND
### MDL No. 1699 CONDITIONAL TRANSFER ORDER (CTO-87)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL No. 1657 pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,392 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL No. 1699 pursuant to 28 U.S.C. § 1407. See 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,156 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action on this conditional transfer order comprises claims relating to: (1) the prescription drug Vioxx, which involve common questions of fact with the previously transferred MDL No. 1657 actions; and (2) the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL No. 1699 actions.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By /s/ Vicki Turner D.C.

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
                    Deputy Clerk
Date 11-14-07

-2-

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL No. 1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in this action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Eastern District of Arkansas.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL No. 1699 transfer order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of: (1) the Clerk of the United States District Court for the Eastern District of Louisiana; and (2) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (CTO-121)   MDL No. 1657

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION (CTO-87)   MDL No. 1699

## INVOLVED COUNSEL LIST

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Grant Kaiser
Kaiser Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Drew A. Ranier
Ranier, Gayle & Elliott, LLC
1419 Ryan Street
P.O. Box 1890
Lake Charles, LA 70602-1890

Walter Umphrey
Provost & Umphrey Law Firm, L.L.P.
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua Street
Tower II Building, 14th Floor
Houston, TX 78478

John E. Williams, Jr.
Williams Kherkher, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

```
MIME-Version:1.0
From:ecf_support@ared.uscourts.gov
To:ared_ecf@localhost.localdomain
Bcc:jcalhoun@hilburnlawfirm.com, simpson@fec.net, mkasten@fec.net, jstone@fec.net,
jlhchambers@ared.uscourts.gov
Message-Id:<1043445@ared.uscourts.gov>
Subject:Activity in Case 1:07-cv-00049-JLH Stroud v. Merck & Company Inc et al
Order
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Eastern District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 11/21/2007 at 11:11 AM CST and filed on 11/19/2007
**Case Name:**      Stroud v. Merck & Company Inc et al
**Case Number:**    1:07-cv-49
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL TRANSFER ORDER - MDL No. 1657 (CTO-121) and MDL No. 1699 (CTO-87) before the Judicial Panel on Multidistrict Litigation transferring case to Northern District of California, San Franciso Division. (vjt)**

**1:07-cv-49 Notice has been electronically mailed to:**

James M. Simpson, Jr   simpson@fec.net

Martin A. Kasten  mkasten@fec.net, jstone@fec.net

**1:07-cv-49 Notice has been delivered by other means to:**

Thomas J. Gayle
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601

Grant Kaiser
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600

Houston, TX 77017-5001

Drew Ranier
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601

Walter Umphrey
Provost Umphrey Law Firm, L.L.P. - Beaumont
Post Office Box 4905
Beaumont, TX 77704-4905

Mikal Watts
The Watts Law Firm, L.L.P.
Tower II
555 North Carancahua
Suite 1400
Corpus Christi, TX 78478

John Eddie Williams , Jr
Williams Kherkher Hart Boundas, L.L.P.
8441 Gulf Freeway
Suite 600
Houston, TX 77017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=11/21/2007] [FileNumber=1043443-0] [89fb4364702aec3a4b0fc60676ec81be4367c33e78677b8b163e781f6a48ba79e4 72330113f68c40e006f0fa3f457ca683039446f1dc7f6c3227b3f86f9382a0]]