CLOSED, HLJ, JURY, MDL, TRANSO

## U.S. District Court
### Eastern District of Arkansas (Batesville)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00049-JLH
### Internal Use Only

Stroud v. Merck & Company Inc et al
Assigned to: Chief Judge J. Leon Holmes
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/10/2007
Date Terminated: 11/19/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Violet L Stroud**  represented by **Drew Ranier**
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
337-494-7171
Fax: 337-494-7218
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant Kaiser**
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001
713-223-0000
Fax: 713-223-0440
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Eddie Williams, Jr.**
Williams Kherkher Hart Boundas, L.L.P.
8441 Gulf Freeway
Suite 600
Houston, TX 77017
713-230-2200
Fax: 713-643-6226
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mikal Watts**
The Watts Law Firm, L.L.P.
Tower II
555 North Carancahua

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By Vicki Turner D.C.

Suite 1400
Corpus Christi, TX 78478
361-887-0500
Fax: 361-887-0055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Gayle**
Ranier, Gayle & Elliot, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
337-494-7171
Fax: 337-494-7218
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Walter Umphrey**
Provost Umphrey Law Firm, L.L.P. - Beaumont
Post Office Box 4905
Beaumont, TX 77704-4905
409-835-6000
Fax: 409-838-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company Inc**　　represented by　**James M. Simpson, Jr.**
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
Email: simpson@fec.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin A. Kasten**
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
Email: mkasten@fec.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2007 | 1 | COMPLAINT with Jury Demand against Merck & Company Inc and Pfizer Inc (Filing fee $350.00, receipt #LIT008280), filed by Violet L Stroud (no summons issued) (jap) (Entered: 10/12/2007) |
| 10/10/2007 |  | (Court only) ***Set Flags re magistrate, jury (jap) (Entered: 10/12/2007) |
| 10/15/2007 |  | (Court only) ***Attorney Thomas J. Gayle for Violet L Stroud, Drew Ranier for Violet L Stroud, Grant Kaiser for Violet L Stroud, Mikal Watts for Violet L Stroud, Walter Umphrey for Violet L Stroud, John Eddie Williams, Jr for Violet L Stroud added. (jap) (Entered: 10/15/2007) |
| 10/30/2007 | 2 | NOTICE of Appearance by James M. Simpson, Jr on behalf of Merck & Company Inc (Simpson, James) (Entered: 10/30/2007) |
| 10/30/2007 | 3 | ANSWER to Complaint with Jury Demand by Merck & Company Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Simpson, James) (Entered: 10/30/2007) |
| 10/30/2007 | 4 | Corporate Disclosure Statement (Rule 7.1) by Merck & Company Inc (Simpson, James) (Entered: 10/30/2007) |
| 10/30/2007 | 5 | Unopposed MOTION to Stay *ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* by Merck & Company Inc (Simpson, James) (Entered: 10/30/2007) |
| 10/31/2007 | 6 | NOTICE of Appearance by Martin A. Kasten on behalf of Merck & Company Inc (Kasten, Martin) (Entered: 10/31/2007) |
| 10/31/2007 | 7 | ORDER STAYING CASE pending a decision by the MDL Judicial Panel to transfer this case to the MDL proceeding that has been established in the Eastern District of Louisiana, re 5 unopposed motion to stay by Merck & Co Inc. Signed by Judge J. Leon Holmes on 10/31/07. (vjt) (Entered: 10/31/2007) |
| 10/31/2007 | 8 | (Court only) CERTIFICATE OF MAILING by the Clerk re 7 Order Staying Case (vjt) (Entered: 10/31/2007) |
| 11/19/2007 | 9 | CONDITIONAL TRANSFER ORDER - MDL No. 1657 (CTO-121) and MDL No. 1699 (CTO-87) before the Judicial Panel on Multidistrict Litigation transferring case to Northern District of California, San Franciso Division. (vjt) (Entered: 11/21/2007) |
| 11/19/2007 |  | Case transferred to USDC Northern District of California, San Francisco Division. Certified copy of transfer order and docket sheet, along with docket entries #1-#7 forwarded to the Northern District of California electronically, pursuant to their request. (vjt) (Entered: 11/21/2007) |

| 11/19/2007 | ● | (Court only) ***Clear Flags: STAYED, Set Flags: MDL, TRANSFER OUT (vjt) (Entered: 11/21/2007) |
| 11/21/2007 | ●10 | (Court only) CERTIFICATE OF MAILING by the Clerk re 9 Conditional Transfer Order (vjt) (Entered: 11/21/2007) |