1  Williams Kherker Hart Boundas, L.L.P.
   8441 Gulf Freeway, Suite 600
2  Houston, TX 77017-5051
   Telephone: 713-230-2200
3  Facsimile: 713-643-6226
   Attorneys for Plaintiffs
4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | MDL NO. 1699
   | MARKETING SALES PRACTICES AND     | District Judge: Charles R. Breyer
13 | PRODUCT LIABILITY LITIGATION      |

14 | This Document Relates To:          |

15 | *Franklin Dickerson, et al. v. Pfizer Inc* | **STIPULATION AND ORDER OF**
   | (07- 1325 CRB)                     | **DISMISSAL WITH PREJUDICE**
16

17 | *Darlene Bernard v. Pfizer Inc*
   | (07-5745 CRB)

18 | *Violet L. Stroud v. Pfizer Inc*
   | (07-5994 CRB)
19

20 | *Thomas L. Penticoff v. Pfizer Inc*
   | (07-6147 CRB)

21 | *James Lingerfelt v. Pfizer Inc*
   | (10-0570 CRB)
22

23
        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
24
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
25
   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
26
   //
27
   //
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 3/7/2010        By: _____

**WILLIAMS KHERKER HART BOUNDAS, L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE